AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
WESTERN District of TEXAS

| | |
|---|---|
| United States of America<br>v.<br><br>Keisha Swarner<br><br>*Defendant(s)* | )<br>)<br>)  Case No. SA-22-MJ-00543<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __March 31, 2022__ in the county of __Bexar__ in the
__Western__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 2244(a)(3) | Abusive Sexual Contact with a Minor |
| | PENALTIES: Not more than 2 years imprisonment; $250,000 Fine, 5 Years of Supervised Release, $100 Mandatory Special Assessment. |

This criminal complaint is based on these facts:

See attached affidavit

☒ Continued on the attached sheet.

MARTIN.GERALD.A.I
II.1234338044
*Digitally signed by MARTIN.GERALD.A.III.1234338044*
*Date: 2022.04.14 12:22:20 -05'00'*

*Complainant's signature*

Gerald Martin, Naval Criminal Investigative Services Resident Agency Special Agent

*Printed name and title*

☐ Sworn to before me and signed in my presence.
☒ Sworn to telephonically and signed electronically.

Date: __04/14/2022__

*Judge's signature*

City and state: __San Antonio, TX__   Richard B. Farrer, U.S. Magistrate Judge

*Printed name and title*

SA-22-MJ-00543

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Gerald Martin, being duly sworn, depose and state that:

1. I have been employed as a Special Agent with the Naval Criminal Investigative Service (NCIS) since November 2006. I am currently assigned to the NCIS Resident Agency, San Antonio, Texas. I have received training in the area of child exploitation and have experience in investigating the sexual exploitation of children. As a Special Agent, I am authorized to investigate violations of the laws of the United States and to execute warrants issued under the authority of the United States.

2. This investigation into **KEISHA SWARNER** originated from concerns raised by a parent (the Complainant) to Joint Base San Antonio (JBSA) Lackland Security Forces in April 2022. Complainant is the mother of Child Victim 1 (CV1), a 13-year-old boy. ▓▓▓▓ Child Victim 2 (CV2), a 12-year-old girl. CV1 and CV2 are boyfriend and girlfriend. SWARNER and ▓▓▓▓ CV2, live on JBSA Lackland. Your affiant's investigation has shown that SWARNER violated 18 U.S.C. § 2244(a)(3), Abusive Sexual Contact with a Child, by knowingly causing sexual contact with CV1 and CV2 at JBSA Lackland.

3. On April 1, 2022, Complainant reported to JBSA Lackland Security Forces that SWARNER hosted a co-ed children's sleepover at her JBSA Lackland residence in January 2022. SWARNER had impersonated the Complainant to another child's mother in order to gain permission for that child to sleep over. As a result, Complainant did not allow her 13-year-old son, CV1, to have contact with SWARNER or her husband, Karl Swarner.

4. Nevertheless, on April 1, 2022, Complainant found a cellular phone in CV1's possession that contained explicit conversations between CV1 and SWARNER. Complainant also found there was money sent from SWARNER to CV1 via the "Cash App" application, and texts from CV1 to SWARNER asking if he could use the money.

5. On April 6, 2022, Air Force Office of Special Investigation (AFOSI) conducted a child forensic interview of CV1, who provided the following information: Since February 2022, SWARNER gave CV1 three/four iPads and two iPhones to communicate, and told CV1 not to tell his parents about the devices. SWARNER told CV1 that ▓ 12-year-old ▓▓▓ CV2, had never seen a penis, and paid CV1 "$20.00 or something" to take pictures of his penis and send them to CV2. CV1 took three to four pictures of his penis and sent them to CV2, and CV2 sent him approximately four pictures of her breasts.

6. CV1 would frequently go to CV2's residence on JBSA Lackland. SWARNER would text him and tell him to meet at a certain location and SWARNER, with CV2, would pick CV1 up near his home or school and bring him to their residence. SWARNER told CV1 it was illegal for her to bring him onto JBSA Lackland, so he was not to tell anyone about it. While at SWARNER's residence, SWARNER told CV1 to "cuddle" with CV2, specifically on the left side of the bed, six or seven times. On one occasion, SWARNER told CV1 to have sex with CV2, which he refused. Also, SWARNER told CV1 to touch CV2's vagina, which he did while SWARNER was present.

7.   On April 8, 2022, NCIS Special Agent David Coutts and your affiant interviewed CV1's mother, Complainant, concerning this investigation. Complainant said she has been questioning CV1 about his relationship with the Swarners, and provided the following information: Since February 2022, CV1 had been telling Complainant he was going on long runs with their dog, when he was really being picked up in a vehicle by SWARNER and CV2 and taken various places, including Sonic, McDonald's, and eventually back to the Swarner residence on JBSA Lackland.

8.   In particular, on March 31, 2022, CV1 was picked up by SWARNER and driven back to SWARNER's residence. SWARNER put on a Netflix movie titled, "365" and put both CV1 and CV2 in her room to watch it. SWARNER told CV1 to let CV2 give him a "hand-job" and that it would feel good. SWARNER was adamant that they needed to stay on the right side of the bed, but SWARNER was not present in the room, and the door was closed. While they were watching the movie, CV2 got a message from SWARNER saying for her to cuddle with CV1. CV1 was naked from the waist down and CV2 played with him and gave him a "hand-job."

9.   Another time that CV1 was at SWARNER's residence, March 26, 2022, SWARNER spoke to him and CV2 about how to have sex and said he needed to stick his penis in CV2's vagina. CV1 was worried about getting CV2 pregnant, so SWARNER said she would buy condoms for the next weekend. SWARNER also gave CV1 a Cash App account where SWARNER would send him money, over $100.00. SWARNER would ask CV1 to take a picture and send it to CV2, and SWARNER would give him money. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓.

10.   Your affiant received the iPhone given to CV1 by SWARNER, and obtained a federal search warrant for its contents on April 12, 2022. Your affiant reviewed the phone and discovered the following:

   a. Under Settings, the name on the phone matches the name of CV1 and the email address registered to the phone contains the name of CV1.

   b. The "Cash App" application was discovered on CV1's phone. Review of the Cash App history shows several transactions with "Keisha Swarner" and CV2. The transactions with "Keisha Swarner" are as follows, all under the description "Payment":

   - March 16, $25.00 deposit
   - March 20, $5.00 to "Keisha Swarner"
   - March 20, $5.00 deposit
   - March 21, $1.88 deposit
   - March 23, $5.00 deposit

   c. Messages were discovered on the phone between CV1 and CV2. Review of those messages revealed multiple exchanges of photos of what appears to be a young female teenager's breasts and a young male teenager's penis.

   d. Several FaceTime Videos and/or calls with SWARNER daily from March 24-31 were discovered. SWARNER is saved in CV1's phone as "Mom."

2

e. Review of the SnapChat application on the phone show CV1 is friends on SnapChat with "Keisha Swarner."

f. Messages were discovered on the phone between CV1 and the contact listed as "Mom," who this investigation has identified as SWARNER. Among others, the following conversations were noted:

**March 27, 2022, beginning at 0114 hours:**
    SWARNER: Ur starting to make me see that again. Go to bed!
    CV1: I can't
    SWARNER: Y
    CV1: I'm toooo turned on af (emoji of hand over face)
        (two emojis of hand over face)
        [CV2] made me turned on af
    SWARNER: WTF how?
    CV1: At ur house
    SWARNER: Ur not surprised
    CV1: Wdym
    SWARNER: I figured she would
    CV1: Would whqt
    SWARNER: Turn u on
    CV1: Oh y
    SWARNER: Idk I'm surprised she went that far
    CV1: Why
    SWARNER: But she wants to try more
        Idk
    CV1: Like what
    SWARNER: Idk
    CV1: Did you ask her
    SWARNER: She said she would try and throng but she is rly scared
        Anything

**Same day, beginning at 0123 hours:**
    SWARNER: Also she said when she was giving u a hand job u only let her do
        it for a minute
        Then u freaked out and made her stop
        Y
    CV1: She said it felt weird
        So I said ok
    SWARNER: She said she would have kept going
    CV1: Why didn't she
    SWARNER: She is new at everything
        U told her to stop she said
    CV1: I did??
    SWARNER: That's what she said
    CV1: Oh

3

SWARNER: Remember if she is doing something wrong or is hurting u
CV1: Tell her to stop
SWARNER: Tell her and help her
CV1: Ok I will
   I'll do that tmr
SWARNER: lol
CV1: Dead ass
SWARNER: He will be home
CV1: Tell him to leave
SWARNER: Just go in the room
   Lock the door
CV1: Ok
SWARNER: All of our doors lock
CV1: Ok good
SWARNER: Just try and be quite ▮▮▮▮▮▮
CV1: Ok
SWARNER: Now masterbate

**Same day, beginning at 0135 hours:**
SWARNER: But u have to try and touch her too
CV1: Ok
SWARNER: She said u started to and then u stopped
CV1: Touch her
   Like where
SWARNER: Vagina
CV1: I'm scared
   What if she gets uncomfortable
SWARNER: She will tell u
CV1: Ok
SWARNER: I told her she would never know if she likes it unless she tries
   She said okay

**March 28, 2022, beginning at 1427 hours:**
SWARNER: Did ur penis go inside [CV2]
CV1: Maybe
   We tried
SWARNER: Did u rlly
CV1: We didn't know how to do it
SWARNER: Lol
   U will figure it out
CV1: Ok
SWARNER: Try again
CV1: When today
SWARNER: Whenever u want

4

11.     On April 13, 2022, your affiant searched SWARNER in the Department of Defense Person Search database. This search indicated her phone number matches that of the contact listed in CV1's phone as "Mom," who participated in the conversations and calls described above. The search also indicated a residential address for SWARNER at JBSA Lackland, TX.

12.     A criminal history check revealed that, on January 29, 2003, SWARNER was convicted of Animal Cruelty - Bestiality and Malicious Mischief, Class C felonies, stemming from an arrest by the Chelan County, Washington, Sheriff's Office.

13.     Based on the investigation to date, your affiant believes SWARNER to be a schoolteacher in San Antonio, Texas.

14.     There is probable cause to believe that **KEISHA SWARNER** violated 18 U.S.C. § 2244(a)(3), Abusive Sexual Contact with a Child. Specifically, there is probable cause to show that, in the special maritime and territorial jurisdiction of the United States, and in the Western District of Texas, SWARNER knowingly caused sexual contact with a minor, who had attained the age of 12 years but had not attained the age of 16 years.

MARTIN.GERALD.A.III.1234338044
Digitally signed by MARTIN.GERALD.A.III.1234338044
Date: 2022.04.14 12:16:18 -05'00'

Gerald Martin, Special Agent
Naval Criminal Investigative Services
Resident Agency, San Antonio, TX

Sworn to before me on this

_14_ day of April 2022.

HONORABLE RICHARD B. FARRER
United States Magistrate Judge
Western District of Texas

5