UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

SAN ANTONIO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § § § |
| V. | §   CAUSE NO. SA-22-CR-221 OLG |
| KEISHA LYN SWARNER | § § § |

**SUPPLEMENTAL OBJECTION**

TO THE HONORABLE JUDGE ORLANDO L. GARCIA, DISTRICT JUDGE FOR THE WESTERN DISTRICT OF TEXAS, SAN ANTONIO, DIVISION:

COMES NOW Defendant KEISHA LYN SWARNER, by and through her undersigned counsel, and files this Supplemental Objection to the sentence pronounced on September 19, 2024. Defendant, in addition to the previous sentencing objections lodged, also objects to the sentence because the sentence was not adequately explained to allow for meaningful appellate review and to promote perception of fair sentencing.

Respectfully submitted.

MAUREEN SCOTT FRANCO
Federal Public Defender

_____
/s/ DAVID J. KIMMELMAN
Assistant Federal Public Defender
Western District of Texas
300 Convent, Suite 2300
San Antonio, Texas 78207

1

(210) 472-6700
(210) 472-4454 (Fax)
State Bar Number: 11427300

*Attorney for Defendant*

# CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of September, 2024, I electronically filed the foregoing Defendant's Sentencing Memorandum with the Clerk of Court using the CM/ECF system which will provide service on:

Billy Calve, Bettina Richardson
Assistant United States Attorney
601 N. W. Loop 410, Suite 600
San Antonio, Texas 78216

/s/ DAVID J. KIMMELMAN